**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| VALERIE HICKS, | ) |
| | ) |
|     Plaintiff, | ) |
| | )   Cause No.:   4:22-cv-167-CDP |
| v. | ) |
| | ) |
| MENARD, INC. | ) |
| | ) |
|     Defendant. | ) |

**CONSENT MOTION TO MODIFY THE DATES REFERRING THIS CASE TO ALTERNATIVE DISPUTE RESOLUTION**

Comes now, Plaintiff Valerie Hicks, by and through their respective counsel, and hereby move this Court to modify the deadline relating to completion of alternative dispute resolution. In support of their Consent Motion, the Parties state as follows:

1. On March 18, 2022, this Court issued an Order referring this case to alternative dispute resolution ("ADR") and ordered that ADR be completed by October 7, 2022 (Doc. 13).

2. Plaintiff's Counsel intends to designate Robert S. Cohen as their mediator, and had contacted his office to gather a list of potential dates for mediation.

3. Neither Counsel for the Defendant nor Plaintiff Hicks would have been available for the following dates. Moreover, Plaintiff Hicks is currently traveling from Connecticut to Texas to visit and care for one of her family members, who is currently declining in health.

4. Due to such scheduling conflicts and circumstances, the Parties are unable to schedule mediation prior to the Court's October 7, 2022 deadline and requested that the Court extend the March 16, 2022 deadline for the Parties to complete mediation.

Respectfully submitted,

OTT LAW FIRM

*/s/ Joe Ott*
_____
Joseph A. Ott, #67889
Mark E. Blankenship Jr., #73123
3544 Oxford Blvd.
Maplewood, MO 63143
Phone: (314) 293-3756
Fax: (314) 689-0080
joe@ott.law
mark@ott.law
*Attorneys for Plaintiff Valerie Hicks*