UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Valerie Hicks )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MENARD, INC., )<br>)<br>Defendant. )<br>) | Case No. 4:22-cv-00167-CDP |

**JOINT MOTION TO AMEND THE SCHEDULING ORDER**

COME NOW the parties, by and through undersigned counsel, and submit the following Joint Proposed Amended Scheduling Order for the Court's consideration.

All discovery must be completed by November 30, 2022.  Any written discovery requests shall be served by a date that allows the served party the full thirty (30) days as provided by the Federal Rules of Civil Procedure in which to answer or produce by the discovery cut-off date.

The parties believe referral of the action to mediation may be useful after the parties have taken depositions.  The parties propose that mediation, if ordered, shall be completed by November 30, 2022.

a) All dispositive motions and motions to exclude testimony pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) or *Kuhmo Tire Co., Ltd. v. Carmichael*, 526 U.S. 137 (1999) shall be filed by December 7 , 2022.

b) The earliest date by which this case should reasonably be expected to be ready for trial is June 2023.

c) The estimated length of time expected to try the case to verdict is four to five days.

RESPECTFULLY SUBMITTED,

OTT LAW FIRM

By: _____
Joseph A. Ott, #67889
Mark E. Blankenship Jr., #73123
3407 S. Jefferson Avenue Ste 508
St. Louis, MO 63118
Telephone: (314) 293-3756
Facsimile: (314) 228-0021
joe@ott.law
mark@ott.law
*Attorneys for Plaintiff*

McANANY, VAN CLEAVE & PHILLIPS

By: */s/ Gregory Cook*
Gregory T. Cook, MO57408
505 North 7th Street, Suite 2100
St. Louis, Missouri 63101
314-621-1133
314-621-4405 – facsimile
gcook@mvplaw.com
*Attorney for Defendant Menard Inc.*

2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 23rd, 2021, a true and accurate copy of the above and foregoing was e-filed with the Court which sent notification to all parties entitled to service.

*/s/ Mark Edward Blankenship Jr.*
Attorney for Plaintiff Valerie Hicks
